IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SCHERAZADE BOONE-MERCER** | : | |
| 1355 Queens Street, NE | : | |
| Washington, DC 20002 | : | |
| | : | |
| **Individually, and** | : | |
| | : | |
| **SCHERAZADE BOONE-MERCER, as** | : | |
| Parent and next friend for J.B.M., her | : | |
| minor child, | : | |
| | : | |
| **and** | : | |
| | : | |
| **SCHERAZADE BOONE-MERCER, as** | : | Case No.   1:22-CV-185 |
| Parent and next friend for J.M., her | : | |
| minor child, | : | |
| | : | |
| **and** | : | |
| | : | |
| **SCHERAZADE BOONE-MERCER, as** | : | |
| Parent and next friend for M.M.3, her | : | |
| minor child, | : | |
| | : | |
| **and** | : | |
| | : | |
| **SCHERAZADE BOONE-MERCER, as** | : | |
| Parent and next friend for C.B.M., her | : | |
| minor child, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **WASHINGTON METROPOLITAN** | : | |
| **AREA TRANSIT AUTHORITY** | : | |
| 600 Fifth Street, N.W. | : | |
| Washington, D.C. 20001 | : | |
| | : | |
| **Defendant** | : | |
| | : | |

**NOTICE OF REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY("WMATA")**

1

To the Judges of the United States District Court for the District of Maryland:

1. On or about December 18, 2021, Plaintiff filed this action against WMATA in the Superior Court of the District of Columbia, in the case titled *SCHERAZADE BOONE-MERCER et al. v. Washington Metropolitan Area Transit Authority.,* Case No. 2021 CA 004711 V.

2. WMATA's Office of General Counsel was notified of this action on January 6, 2022.

3. The Summons, Complaint, Information Sheet, and Initial Order & Addendum are attached. These documents constitute the only process, pleadings, or orders received by WMATA in this case.

4. This is a civil action over which this Court has original jurisdiction, pursuant to the WMATA Compact, Public Law 89-774, Paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.01, Section 81 which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all actions brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a state court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. § 1446).

WHEREFORE, WMATA requests that the entire above-referenced action now pending in the Superior Court for the District of Columbia be removed to this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By counsel:

By: */s/ Neal M. Janey, Jr*
Neal M. Janey, Jr. # 995449
Senior Counsel
Office of the General Counsel - WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
202.962.1067 (tel)
202.962.2550 (fax)
nmjaney@wmata.com

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Notice of Removal was mailed via first class mail, postage prepaid this 27th day of January, to:

Rebecca Krassel, Esq.
Law Offices of Lewis & Tompkins, P.C.
836 Bonifant Street
Silver Spring, MD 20910

/s/*Neal M. Janey, Jr.*
Neal M. Janey, Jr.