Filed
D.C. Superior Court
12/28/2021 15:88PM
Clerk of the Court

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SCHERAZADE BOONE-MERCER<br>1355 Queen Street NE<br>Washington, DC  20002<br><br>    Individually, and<br><br>SCHERAZADE BOONE-MERCER, as parent<br>and next friend for J.B.M., her minor child,<br><br>    and<br><br>SCHERAZADE BOONE-MERCER, as parent<br>and next friend for J.M., her minor child,<br><br>    and<br><br>SCHERAZADE BOONE-MERCER, as parent<br>and next friend for M.M.3, her minor child,<br><br>    and<br><br>SCHERAZADE BOONE-MERCER, as parent<br>and next friend for C.B.M., her minor child,<br><br>    Plaintiffs<br><br>    v.<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY (herein WMATA)<br>600 5th Street, N.W.<br>Washington, DC  20001<br><br>    Defendant | Case No.   2021 CA 004711 V |

**COMPLAINT**

(Motor Vehicle Negligence)

1

1. Plaintiff Sherazade Boone-Mercer, individually and on behalf of her four minor children, JBM, JM, MM3 and CBM sues defendant WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (herein WMATA) for injuries and damages they sustained as a result of defendant's negligence. Jurisdiction lies in this Court pursuant to D.C. Code § 13-423 (2001). The amount in controversy exceeds $5,000.00.

## FACTS COMMON TO ALL PLAINTIFFS

2. On or about 5/12/2020 at approximately noon, plaintiff Scherazade Boone-Mercer was operating an automobile stopped on the side fo the road on Montello Avenue NE in Washington, DC. Plaintiff was at all times operating her vehicle with due regard for her own safety and that of others.

3. At that same time and place, the defendant WMATA was operating a bus traveling Montello Avenue NE. The defendant did then and there suddenly and without warning drive its vehicle into plaintiff's vehicle, causing a forceful collision between the vehicles.

4. The collision was caused solely by the negligence and carelessness of the defendant WMATA. Such negligence includes, but is not limited to, failing to pay attention to the operation of a bus, failing to avoid colliding with a stopped vehicle, and generally failing to exercise due care in the operation of it's motor vehicle -- all in violation of District of Columbia traffic regulations.

## COUNT 1

5. Plaintiff Sherazade Boone-Mercer adopts and incorporates paragraphs 1 through 4 of the is complaint into Count 1 of this complaint.

6. As a direct and proximate result of the negligence and carelessness of the defendant WMATA, the plaintiff Sherazade Boone-Mercer was caused to sustain serious physical injuries to her back as well as substantial inconvenience and mental anguish. Because of her injuries the plaintiff has been caused to incur and will incur in the future medical and related expenses, has been caused to endure physical and mental pain and suffering, has been limited in engaging in her previous customary activities and pursuits, and has suffered a loss of earnings and an impairment of her earning capacity.

WHEREFORE, plaintiff, Scherazade Boone-Mercer, individually, demands judgment against defendant , WMATA, in the amount of TWENTY FIVE THOUSAND DOLLARS ($25,000.00) , plus interest from the date of judgment and the allowable costs of this action.

## COUNT 2

7. Plaintiff Sherazade Boone-Mercer, on behalf of her minor child, JBM, adopts and incorporates paragraphs 1 through 4 of the is complaint into Count 2 of this complaint.

8. As a direct and proximate result of the negligence and carelessness of the defendant WMATA, the plaintiff minor child JBM was caused to sustain serious physical injuries to her body as well as substantial inconvenience and mental anguish. Because of her injuries the plaintiff has been caused to incur medical and related expenses, has been caused to endure physical and mental pain and suffering, has been limited in engaging in her previous customary activities and pursuits.

WHEREFORE, plaintiff, Sherazade Boone-Mercer, on behalf of her minor child, JBM, demands judgment against defendant, WMATA, in the amount of SIX THOUSAND DOLLARS ($6,000.00), plus interest from the date of judgment and the allowable costs of this action.

## COUNT 3

7. Plaintiff Sherazade Boone-Mercer, on behalf of her minor child, JM, adopts and incorporates paragraphs 1 through 4 of the is complaint into Count 3 of this complaint.

8. As a direct and proximate result of the negligence and carelessness of the defendant WMATA, the plaintiff minor child JM was caused to sustain serious physical injuries to his body as well as substantial inconvenience and mental anguish. Because of his injuries the plaintiff has been caused to incur medical and related expenses, has been caused to endure physical and mental pain and suffering, has been limited in engaging in his previous customary activities and pursuits.

WHEREFORE, plaintiff, Sherazade Boone-Mercer, on behalf of her minor child, JM, demands judgment against defendant, WMATA, in the amount of SIX THOUSAND DOLLARS ($6,000.00), plus interest from the date of judgment and the allowable costs of this action.

## COUNT 4

7. Plaintiff Sherazade Boone-Mercer, on behalf of her minor child, MM3, adopts and incorporates paragraphs 1 through 4 of the is complaint into Count 3 of this complaint.

8. As a direct and proximate result of the negligence and carelessness of the defendant WMATA, the plaintiff minor child MM3 was caused to sustain serious physical injuries to his body as well as substantial inconvenience and mental anguish. Because of his injuries the plaintiff has been caused to incur medical and related expenses, has been caused to endure physical and mental pain and suffering, has been limited in engaging in his previous customary activities and pursuits.

WHEREFORE, plaintiff, Sherazade Boone-Mercer, on behalf of her minor child, MM3, demands judgment against defendant, WMATA, in the amount of SIX THOUSAND DOLLARS ($6,000.00), plus interest from the date of judgment and the allowable costs of this action.

## COUNT 5

7. Plaintiff Sherazade Boone-Mercer, on behalf of her minor child, CBM, adopts and incorporates paragraphs 1 through 4 of the is complaint into Count 2 of this complaint.

8. As a direct and proximate result of the negligence and carelessness of the defendant WMATA, the plaintiff minor child CBM was caused to sustain serious physical injuries to her body as well as substantial inconvenience and mental anguish. Because of her injuries the plaintiff has been caused to incur medical and related expenses, has been caused to endure physical and mental pain and suffering, has been limited in engaging in her previous customary activities and pursuits.

WHEREFORE, plaintiff, Sherazade Boone-Mercer, on behalf of her minor child, CBM, demands judgment against defendant, WMATA, in the amount of SIX THOUSAND DOLLARS ($6,000.00), plus interest from the date of judgment and the allowable costs of this action.

/s/ David Tompkins
_____
David Errol Tompkins, #457632
LEWIS & TOMPKINS, P.C.
836 Bonifant Street
Silver Spring, MD 20910
dtompkins@lewisandtompkins.com
(202) 296-0666
(202) 371-9228 facsimile
Attorney for Plaintiff


/s/ Rebecca Krassel
_____
Rebecca Krassel, #1617531
LEWIS & TOMPKINS, P.C.
836 Bonifant Street
Silver Spring, MD 20910
rk@lewisandtompkins.com
(202) 296-0666
(202) 371-9228 facsimile
Attorney for Plaintiff


## JURY DEMAND

Pursuant to SCR-Civil Rule 38(b), Plaintiff requests a trial by jury of all issues involved herein.

/s/ David Tompkins
_____
David E. Tompkins, Esq.