UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SCHERAZADE BOONE-MERCER** *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**,<br><br>Defendant. | Case No. 1:22-cv-00185-TNM |

## ORDER

UPON CONSIDERATION of Plaintiff Scherazade Boone-Mercer, as parent and next friend of M.M., her minor child, and Defendant Washington Metropolitan Area Transit Authority's Joint Motion to Approve Settlement for Minor M.M., the entire record herein, and good cause having been shown, it is hereby:

ORDERED that the settlement of the claims of the Minor-Plaintiff, M.M. in the amount of Two Thousand Five Hundred Dollars ($2,500.00) is fair, reasonable and hereby APPROVED.

9/13/22

TREVOR N. MCFADDEN
United States District Judge
District of Columbia